IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTWAN D. WILLIAMS,

    Plaintiff,

v.                                             Civil Action No. 3:25cv191

JUDGE HERMAN, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

    By Memorandum Order entered on April 15, 2025, the Court conditionally docketed Plaintiff's action. (ECF No. 5.) On April 28, 2025, the United States Postal Service returned the April 15, 2025 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not at Jail." (ECF No. 6, at 7.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 05-22-2025
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge